pany. No opinion. Motion denied, with $10 costs. Order filed.

HOMNYACK, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Andrew Homnyack against the Prudential Insurance Company of America.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

HOPKINS, Respondent, v. PILGRIM STEAM LAUNDRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Benjamin Hopkins against the Pilgrim Steam Laundry Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HORNECKER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Martin Hornecker against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

HORSMAN, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second · Department. December 6, 1907.) Action by Annie Horsman, as administratrix, etc., of Albert ·Horsman, deceased, against the Edison Electric Illuminating Company of Brooklyn.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

HORTON, Appellant, v. ANDRUS et al., Com'rs, Respondents. (Supreme Court, Appellate ·Division, Second Department. November 22, 1907.) Action by Virginia G. Horton against John E. Andrus and others, as commissioners, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted. Questions to be settled before Mr. Justice GAYNOR.

HOSMER, Appellant, v. TIFFANY et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Edward S. Hosmer, as trustee, against Burnett Y. Tiffany and another. L. M. Berkeley, for appellant. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

HOTALING v. HOTALING. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Clara A. Hotaling against John W. Hotaling. No opinion. Motion granted, with $10 costs. Order filed.

HOYE, Respondent, v. PENNSYLVANIA R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Stephen M. Hoye against the Pennsylvania Railroad Company and another. No opinion. · Motion denied, without costs.

In re HOYT'S WILL. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) In the matter of proving the alleged last will and testament of Samuel N. Hoyt, deceased. No opinion. Decree of the Surrogate's Court of Kings county (106 N. Y. Supp. 359) affirmed on argument, with costs.

HUDSON & M. R. CO., Respondent, v. WENDEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by the Hudson & Manhattan Railroad Company against Josephine J. S. Wendel, impleaded. L. L. Delafield, for appellant. F. B. Jennison, for respondent.

PER CURIAM. Judgment modified, by striking from the second paragraph thereof the words "in fee simple," and inserting in lieu thereof the words "for the uses and purposes of the corporation during the continuance of the corporate existence." With this modification of the judgment, the order appealed from is affirmed. Settle order on notice. See 115 App. Div. 168, 100 N. Y. Supp. 737.

HUGOT v. HARDING. In re SCALES. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Proceeding by Louis Hugot, judgment creditor, against George E. Harding, judgment debtor. In the matter of the petition of Jefferson Scales. No opinion. Order affirmed, with $10 costs and disbursements.

HUNTINGTON TUMBLER CO., Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by the Huntington Tumbler Company against Herman Cohen and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HURN, Appellant, v. HURN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Luella Card Hurn against Frank H. Hurn and others. No opinion. Judgment affirmed, with costs.

In re JACKSON. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) In the matter of the application of Mary E. Jackson, as plaintiff and judgment creditor, for the examination on supplementary proceedings of Arthur H. Yetman, a person having property of George Edward Harding, defendant and judgment debtor. No opinion. Order affirmed, with $10 costs and disbursements.

JACOBS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Annie Jacobs against the city of New York. No opinion. Judgment and orders unanimously affirmed, with costs.